FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1- Defendant, written Page (1- BP 11) on Coint Force me A cell included, completed 1983 Forms
9 — Hand written claims on C/os
1- Hand written Inform pauperis
1- Hand written Excuss of Exhaustion Remedies.
1- Sent Assault claims To O.I.G by computor in (shu) Library.
7- Remedy's I was denyed within the 21 days of Assault claims 3 the Excessive Force Acts

(1) TyGanda Gilmore # 13255171
(Name of Plaintiff) (Inmate Number)
F.C.C-Allenwood-U.S.P
P.O. Box 3000, White deer, PA 17887
(Address)

(2) _____
(Name of Plaintiff) (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

_____
(Case Number)

vs.

(1) Mr. Quay / Warden, e.T.C, Al
(2) Mr. Carper, Shu-Lieutenant
(3) Mr. Duran, Lieutenant
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

CIVIL COMPLAINT

**FILED WILLIAMSPORT**

FEB 04 2021

PER ___NR___
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

TyGanda Gilmore # 13255171 vs. Warden, et, Al
case # 6:16cv286, Appeal # 16-6839 and 19-5237 Remand back
from 2016-To-Present, to Honorable Judge Matthew A. Stinnet
Still active on staff C/o misconduct, about A Past Prison.

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ___ No  **Both**

C. If your answer to "B" is Yes:

1. What steps did you take? **On one Claim I File on staff They Cant force ME to take Celly in Shu.** ~~the other claim it was~~

2. What was the result? **The Remedy was denyed, it's all In House stuff with the B.O.P. They never address Issues.**

D. If your answer to "B" is No, explain why not: **On some Claims I was denyed Remedies and Threaten by staff and Staff try to Intimidate me If try And file on some claims / other claim it will take to Long to Exhaust Remedies, because I only have (2½) months before I Release and go home.**

## III. DEFENDANTS

(1) Name of first defendant: **Lieutenant, Mr. Carper**
Employed as **Shu-Lieutenant** at **Allenwood-U.S.P**
Mailing address: **F.C.C - Allenwood U.S.P. P.O. Box 3000 white deer, PA 17887**

(2) Name of second defendant: **Lieutenant Mr. Duran**
Employed as **Lieutenant** at **Allenwood- U.S.P**
Mailing address: **F.c.c. Allenwood-u.S.P P.O. Box 3000 white deer, PA 17887**

(3) Name of third defendant: **Lieutenant, mr. McQualey**
Employed as **Lieutenant** at **Allenwood-u.s.P**
Mailing address: **F.C.C-Allenwood -USP, P.O. Box 3000, white deer, PA 17887**

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. **On 10-4-20 in Special Housing unit (shu) mr. McQualey, (use Excessive force) (when Extracting ME from cell-131, C-Range) mr. McQualey Intentionally USE an Excessive amount of peper spray on ME, Because tryed to Move ME in a Qourantine Cell, So I Refuse to be put in that cell. — So The lack of effort to temper the effect of Pepper spray provided an Inference that**

2

Mr. McQualey wantonly inflicted pain on me while I was trying to just move in better cell.

2. On 10-4-20, in (Shu) on outer Range on stairs and Floor by C/o Mr. Fry, and other C/o's - push & jurk me roughly as we was by stairs, once on the stairs, I was pull back & threw to wall and floor, the C/o push smash my head on floor intentionally and sadistically Dug finger in my Eye, & left cut under my Eye. They (C/os) intentionally and wantonly use excessive force on me.

3. On 10-4-20, in (Shu) on outer Range on stairs and Floor by C/o Mr. Lynch, and other C/o's slam me to wall & floor intentionally & wantonly cause a swollen right Face, where my face was already bleeding badly from C/o finger cut, which I already was in restraints cuff, & C/o bent my hand out of place all the way back, causing a fracture out of place finger & nee in my ribs while I'm cuffs on floor, C/o continue to assault me. And Mr. McQualey-Lieutenant let this abuse go on before he decided to order a staff to go get hand extraction camera, after assault.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I Request compensatory and punitive damages, cost if the wrongfull act was done intentionally and maliciously, & for mental suffering. and (a emergency transfer) under (Preliminary Injunction) & (Restraining order) because (I fear for my life around the dangerous C/os)

2. I Request the Judge act on my Assault/Abuse Claims because I was deprived of a Constitutional Right to be free from these officer Assault/and staff trying also force me in cell with an another inmate to have me murdered after slandering my name to inmate that I cooperated with the F.B.I and U.S. Attorney. Puting my life in danger.

3. I Request Judge order all law I'm entitle to, be appropriately done as to this good-faith action, so that these correctional officer be held accountable in their indivisual capacity.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___16___ day of ___~~February~~ JAN___, 20_21_.

_TyGanda Gilmore_
(Signature of Plaintiff)

Tyganda Gilmore # 13453111
F.C.C-Allenwood-U.S.P
P.O. Box 3000
Whitedeer, PA 17887



Mailed From US Penitentiary

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
JAN 29, 21
AMOUNT
$0.00
R2305K138972-02

1000   17701






U.S. District court of PA
240 West third Street, Suite 218
Williamsport, PA 17701-6460

TO: U.S. District Court of PA
Williamsport, PA

Civil Rights under 42 USC 1983 Bivens Action
Case# To be Provided by Clerk N/A

FROM: Tyganda Gilmore #1325517

1-16-21

Tyganda Gilmore #1325517
    Plaintiff
Vs.
Warden, etc, Al
    defendants

④ Mr. Friant, C/O at
F.C.C-Allenwood, U.S.P, P.O. Box 3000
White deer, PA 17887

⑤ Mr. Williams, C/O at
F.C.C-Allenwood, U.S.P, P.O Box 3000
White deer, PA 17887

⑥ Mr. Lynch, C/O at
F.C.C-Allenwood-U.S.P, P.O Box 3000
White deer, PA 17887

⑦ Mr. Fry, C/O at
F.C.C-Allenwood-USP, P.O Box 3000
White deer, PA 17887

⑧ Mr. Miosi, C/O at
F.C.C-Allenwood-U.S.P
White deer, PA 17887

⑨ Mr. Pencil, C/O at
F.C.C-Allenwood-U.S.P
White deer, PA 17887

⑩ Mr. Wrong, C/O at
F.C.C-Allenwood-U.S.P
White deer, PA 17887

FRom: Tyganda Gilmore #13255171
F.C.C - Allenwood - U.S.P
P.O. Box 3000
White deer, PA 17887

PG. 2 OF 11

1-16-21

## Arguments/Grounds/Claims

My (Claims is Warden, Mr. Quay) was aware and Knew of the Excessive or unprovoked Violence and Brutality Inflicted by Prison guards upon Inmate, me Violates the (Eighth Amendment).
A prison official may be Held liable under the Eighth Amendment for (failure to Protect) only if He Knows that an Inmate faces a substantial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it (Citing) SEE. Hudson V. McMillian, 503 U.S. 1, 6-7, 112 S. Ct. 995, 117 L. Ed 2d. 156 (1992)
As to above Violations of Eighth Amendment, and Here Within I state a Claim as to (Warden, Mr. Quay) as (a Failure to Protect) and Supervisory officials may be Held liable only if: ① They affirmatively Participated in acts that Cause constitutional deprivation; or ② Implement unconstitutional policy's that Causally Result in plaintiff's Injuries. (citing) Mouille V. City of live oat, TEX 977 F. 2d 924, 929 (5th Cir. 1992)
after (I Repeated brought the Excessive Force / Assault / Abuse of numerous officers misconduct, To Warden mr. Quay) (Attention) I Personally brought 3 Establish that Mr. Quay Was (aware) of my Claims, because I stated to him Verbely and on Paper Request on the officers misconduct mention within. (citing) Burge V. St. Tammany Parish, 336 F.3d. 363, 369 (5th Cir 2003) (quoting) Bennett V. City of slidell, 735. F.2d. 861, 862, (5th Cir 1984).
I Repeated told mr. Quay I Was being Denyed Remedies forms to try and Address officer, Threats, Excessive force Acts, Intimidation ³ Retaliation Conduct and labeling me a (snitch) (Informat) and using these tactics to Intimidate me from Exercising my Constitutional Right as a Prisoner., I told Mr. Quay, Guards was gone disregard a Policy ³ not use Extraction Camera, because they said Mr. Quay said so. ..t dond this Happen on 10-4-20 Which Mr. Quay didnt follow a Establish Policy.

To: U.S. District Court of PA
Williamsport, PA

PG, 3 of 11
1-16-21

From: Tyganda Gilmore # 13255171

Civil Rights under 42 usc 1983 Bivens Action
Case# To be Provided by clerk   N/A

Tyganda Gilmore # 13255171
    Plaintiff
vs.
Warden, et.c, Al
    defendants

I brang to this court under (42 usc 1983 Bivens Action) on defendants

Allenwood-U.S.P.

① Claim → on 10-27-19, at 2:25 in Special Housing unit, I Refuse to be force with a cell-mate, so I went to the floor on Range, to try and lay-down on Floor, to not be force-push into cell by C/O's (Mr. Williams) and other C/O's I dont have name at moment, with Intentional, Wantonly, and Sadistically to cause harm to me C/O's used an excessive-force in trying to force me in cell, after I said yall C/O's cant force me to take a cell-mate, so C/O's tryed to actually to Shove-force push me into cell, that's when i try to Go to floor as Im in Restraints, C/O's, slam-threw me to Ground. causing pain on me side and Chest from the aggressive Intentionally slam-throw, then getting Cheap-shot c/o with nees in my back, and pushing my head to floor with wantonly and sadistically to cause harm and the other c/o Intentionally, wantonly to cause harm by tightening my Restraints already behind my back on my wrists then (applying, leg Irons Restraints to my Ankles tight — Intentionally, Wantonly and Sadistically to cause harm). (Which Courts could Infer the C/O's continued to unnecessarily use force) (after I stated Yall Cant force me with Celly and after tryed to lay on floor, not to Go in ce

Civil Rights - 42 USC 1983 Bivens

**2) Claim →** On 10-29-19, at 7:15 (C/O Mr. Laney and Lieutenant, Mr. Duran) tryed ask me to take a celly, I stated yall cant force me to take a celly under policy of B.O.P in Special Housing unit (SHU). After this Lieutenant order C/O Mr. Laney (to more-force) me to my feet, (to be taken to a cell-mate with excessive-force conduct) I Resisted to be force-taken to a cell-with a celly, I tryed to lay down on floor to pervent from being force to cell-mate (so again I was toss to floor)(as I tryed Refuse to be force-more Restraints on my legs and writs, (Intentionally, wantonly and sadistically tighten to cause harm to me)(Which Courts could Infer the C/O's continued to unnessarly use force),(after I stated yall cant force me with celly), and C/O's still tryed force while I'm already in Ambulatory-Restraints, Intentionally and Wantonly to torture.

**3) Claim →** On 10-30-19, at 10:00 AM, (Lieutenant Mr. N. Carper) and other C/O's from, order L-T, Mr. Carper, tryed again to force-me to go in Cell-117 on A-Range with Celly, Which again I Refuse, as I was trying to Go to Floor, to try and lay down to Refuse to force-in-cell-with a celly, the C/O's and L-T, Mr. Carper, then Held me up from trying to lay on floor, from not entering cell. So I was o taken back-to cell in Ambulatory Restraints, because I didn't Go in with Celly L-T, Mr. Carper Intentionally, Wantonly and Sadistrically to cause Harm by Intentionally tighten Restraints on legs and writs.

**4) Claim** From, 10-27-19 to 10-30-19 or 10-31-19, I Was Intentionally, Wantonly, and Sadistically - left in Ambulatory-Restraints and once Place in 4-Point-Restraints, Because C/O's -(L-t, Mr. Nicleson)(L-t, Mr. Duran)(L-t Mr. Carper) tryed to (use Serve-Pain)(Excessiv-force)(ABuse) - not in Good-faith-to Restore disap

TO: U.S. District Court of PA
Williamsport, PA

PG 5 of 11
1-16-21

Civil Rights - 42 USC 1983 Bivens

CLAim (5) on 2-12-20, at or between 7:45 & 8:50am, I taken out my Cell, due to a in "SHU" special Housing unit Shakedown, which C/o's Stage the time when Im out my Cell, ~~after~~ I was being Held in the Law Library area While Shu-cell Shake down was being Conducted. "When" C/o's finish my cell - they came to get me from "Library area -cell", said I going back to my cell, - Once cuff C/o's said I was moving to another cell by myself on B-Range, from my cell on A-Range. - Then the cell I was brought to, was Housed with in Inmate, — So i told C/o's you cant force me to go in with a celly - and yall C/o's lied and stated Im going in cell on another Range alone, then I was threaten by these "two" Mr. Friant & Mr. Williams, - Saying they going to beat my ass & torture me in Restraints-Ambulatory Restraints - if I dont go in with this celly - C/o's was trying to have Harm - Kill me — So I was in fear-for-my-life, & ~~Will~~ went to the floor to pervent from going into the celly with the C/o's Ploted Inmate,

Then (C/o's use Excessive force) - (they tighten my Wrist Restraints Intentionally - Sadistically and Wontonly) to cause harm and threaten me to try Intimidate me).
—————— I was then put in Ambulatory Restraints because C/o's - Retaliated on me because, I Critize B.O.P- Policy ~~that~~ you C/o's cant force me to take a celly While in the special Housing unit "Shu"

the "shu" L-t, mr. Carper (Intentionally, Sadistically and Wontonly) Kept me in Ambulatory Restraints from 2-12-20 - to - 2-14-20, and also Intentionally, Sadistically, Wontonly and Deliberately tighten my ~~wrist~~ Wrist Restraints, to cause harm & in a torture nature, so I'll Want-out Restraints, to try force me to take a celly - they C/o's-L-t to have that Inmate Harm me. —— I suffered cut-marks around my wrist from the Intentionally tighten Restraint and swelling of my wrist for day in Restraints - and numbness and some Hurting Pain, ther days - I ask them to take Photos of my Hands & Wrist, and LT, and nurse denyed me. and after I taken out of Restraints - I was still denyed Medical Assessment.

FROM: Tyganda Gilmore # 13255171

Civil Rights under 42 USC 1983 Bivens Action
Case # To be Provided by Clerk N/A

Tyganda Gilmore # 13255171
Plaintiff

VS.

Warden, ET.C, Al
defendants

On 10-4-20 The (C/o's) and (mr. Fry) acted with deliberate Indifference To me Tyganda Gilmore #13255171, the Plaintiff's serious needs They denyed me my Lunch & dinner 10-4-20 & 10-5-20, The C/o denyed me Lunch, But at Night (mr. Miosi) denyed me dinner, So I had to Cover up the cell-window to get the yard-Lieutenant to come in order for me to uncover my cell-window, So then I Explain the c/o mr. miosi, when Feeding, came to Cell and Said Im gone starve you and Past my cell and fed next cell Inmate.

These actions is And when A prison official is deliberately Indifferent when the official Knows of and disregards an excessive risk to Inmate Health or safety."

I was denyed (3) Meals and the Fourth meal was denyed until the Lieutenant Had to brang me my dinner, as I mention above. These C/o's Actions did with a Intentionally wantonly and Sadistically to Cause Harm To me, for (2) days straight.

civil Rights under 42 usc 1983 Bivens Action
CASE # To be Provided by clerk N/A

FROM Tyganda Gilmore # 13255171

Tyganda Gilmore # 13255171
            Plaintiff
    Vs.
Warden, e.T.c, Al
            defendants

on 10-4-20, (C/o mr. Lynch) & (mr. Fry) and (others) as I was First threw to floor, as to when I was on my stomach one of the (C/o's touch-Pinch Pull at my Penis) that was Position in between my legs along side my leg as I lay on my stomach, this happen the C/o's was geting Cheap shots on me, they Sexually fonder my Penis and Pinch it & Pinch my Butt, talkin talking about How you like that you creep, so these C/o's Violated my Rights Period.

also on 10-4-20, I was denyed Proper medical attention to my left Hand-Finger, after C/o bent it out of Place & Fractured my Hand-finger, I ask for a medical assessment and stated I want an X-Ray done on my Assault/ABuse Complaint to medical and they egnored my REQuest Wantonly and Sadistically with dEliberately Indifferent and Knows a risk to my Health & Safety, as I told medical about Hand-finger they didn't even noted my statement, trying to Hide C/o's Assault/ABuse.

To: U.S. D.I. Court of PA
240 West third. St. Suite 218
Williamsport, PA 17701-6460

From: Tyganda Gilmore #13255171
F.C.C - Allenwood - U.S.P
P.O. Box 3000
White deer, PA 17887

PG 8 OF 11
1-16-21

Civil Rights under 42 usc 1983 Biven Action
Case # To be Provided by Court Clerk.

On 10-8-20, I brought Complaint Claim of assault/Abuse/Excessive Force, (To. Warden, Mr. Quay) about Incident above on date 10-4-20, of Incidents, because He is the Supervisor of all C/o's E.T.C; To address the Misconduct so, that He'll be awear of my claims because the Nature of the C/o's and Lieutenants.

To also state. Prior to claims above, Since I arrive, I been assault/and Excessive force been of C/o's Intentionally and Wantonly and Sadistically To Cause harm to me, Threatening, Retaliation, and trying to Intimidate me, and Refusing to give me Remedy forms to Address matters on date on Misconduct (on 10-27-19)(10-29-19)(10-30-19)(10-31-19)(2-12-20) (2-14-20) Through out my stay here I've been assaulted/Excessive force, and The C/o's, Lieutenant staff Threaten me and Was telling other Inmates (That I'm a "Snitch")(basically telling Inmates I (cooperated) with Law Enforcment, and U.S. Attorney and Staff was Misleading "Info" about Me of a Past state Conviction of "ABhan" a sexual misconduct that was being Held in my case in U.S. court, Supreme courts E.T.C

With the above mention about the C/o's, staff, Telling Inmates I'm a (Snitch) and (Cooperation With (U.S. Attorney) and (F.B.I) Indeed Put (My life in Serious danger)(from these penitentiary Inmates). (Which it follows that I would have a protected liberty Interest in not being labeled one.
a fact is, when officials are aware of a danger to an Inmate's Health and safety. Put my cooperation with govnment, Law Enforcement F.B.I, it violates the Constitutional Prohibition against Cruel and unusual Punishment to fail to afford me reasonable Protection. E.T.C.
(So I brang awareness To. Warden, Mr. Quay.) as to Excessive or unprovoked Violence and brutality Inflicted by Prison guards upon Inmates, violates my (Eighth Amendment) A official is Held liable if for failure to Protect, and Knows I face a substantial risk of serious harm, & fail to abate it.

U.S District court of PA
Williamsport, PA

PG 9 of 11

1-16-21

From: Tyganda Gilmore #13255171
F.C.C-Allenwood-U.S.P
P.O. Box 3000
White deer, PA 17887

### Claims/Grounds/Arguments/Excuss Exhaust of Remedies

On or after I Arrive Oct, 21 2019, and until 7 or 8 months (Mr. Houser, Counselor)(denyed me or Refuse) to give me the necessary grievance forms, (threatened me), saying he will tell Inmates Im a snitch and I cooperated with U.S. Attorney & Law Enforcement (Indeed put my life in danger), Trying to Provent me from Filing Remedies. Which is a Violation of my Constitutional Rights under Equal Protection of Law, due Process Rights, or (Intimidation - thwart) me from taking advantage of a Grievance process through (Intimidation)" (Citing) - (Ross V. Blake, 136 S. ct 1850, 1860 (2016)) -
(Citing) (Rinaldi V. United states, 904 F. 3d 257, 267 (3d Cir. 2018))
(Citing) See Schreiber V. Moe, 596 F. 3d 323, 333-34 (6th Cir. 2010).

(On 10-4-20) Mr. Wrong and other C/Os, (Mr. Wrong) use to the Back, Excessive-force, when I was already In Restraints, Cuff to the Back. (I was toss-slam) by Mr. Wrong)(into the Wall-stair. Railing)(then) (Threw on stair-floor hard Intentionally & Wantonly, sadistically to cause Harm to me)(then Mr. Wrong got cheap shots on me) (Push-smash my Head to floor) and help other C/O's Involve Bend my hand out of Place)(then they Intentionally, Wantonly tighten my cuffs trying to Intimidate, threatening me) and kneeing me in my ribs as I lay on floor in Special Housing unit(shu). (this is in Violation of Physical & mental harassment) and Mr. Wrong (Conduct exceeded his Authority with other C/Os.) (which is a deprivation of my)(Fifth & Eighth Amendment Rights) (for which I can recover damages.)

From: Tyganda Gilmore # 1325517
F.C.C-Allenwood-U.S.P
P.O. Box 3000
White deer, PA 17887

Page 12
1-16-21

## Claims/Arguments/Grounds/

On 1-15-21, in the special Housing unit (shu) I was (Threaten) and (Retaliated-on) by officer (Mr. pencil) after I came back this day of 1-14-21. ReGarding to my (Computer Videoconference on Case# 6:16cv286-DCR on another past Institution I was at, (Shu) Lietenant,.

on the (Shu-Range)(Mr. Pencil) Call me a (Snitch) & (Informant) for my litigation on a B.O.P- Staff Regarding to Mr. Chaney on Case# 6:16cv286-DCR and further stated, To the Inmates on Range Im a Snitch above mention and my Cooperation With the Law-enforcement & U.S. Attorney as to my Currently Fed case. Which Indeed put my life-in-danger and his Action is In Violation my U.S. Const. amend VIII Rights.
because my B.O.P- Court litigation mention above and and puting My life in danger by telling Inmates Im a stitch, Then trying to force me a cell-mate, to cause me harm, Which Mr. pencil, did this (deliberate Indifference)(as)(He was aware) that He Was puting My life-in-danger by telling Inmates Im a snitch.

## Claims/Arguments/Grounds/

also, Since I Arrive, a Chronology of events From which Retaliation may plausibly be Inferred. I was labled a Snitch & Informant because of my Court litigations & My Current Sentenciny Case, I Was Retaliated on and Threaten by these C/os and had Fabricated Incident Reports filed on me, more than (15) Incident Reports for me Exercising a Constitutional Right Secure to me Pro'se Petitioner

PG @ 11 OF 11

From: Tyganda Gilmore #13255171    1-16-21
F.C.C. Allenwood U.S.P
P.O. Box 3000
White deer, PA 17887

## Excuss of Exhaustion Remedies

I Petitioner Tyganda Gilmore #13255171 come to this Court with numerous reasons below for Excuss of Exhaustion Remedys.

① (I Claim) That the Exhaustion Requirement should be excused because (Prison officials refused to Supply me with grievance forms) threaten me and refused to process my grievances).

② Grounds/Arguments: My Claim on why I was prevented from Exhaustion My claim on some of my Early Staff Misconduct. When I first Arrive from Oct. 27, 2019 to Feb 3, 2020 I was denyed Remedies (and) Threaten If I tryed to File on (C/os 3 Lieutenant), because C/os 3 my Unit-team (mr. Houser, Counselor) and ~~mel Paragra~~ Said He was gone ~~take~~ (tell Inmates Im a snitch) and (Cooperated with Law enforcement 3 U.S. Attorney) (Puting my life in danger). and (my Claims go to the weight of the Evidence) if defendant Claim Summary Judgment in Court).

③ I Petitioner come to court that also Im with in (2½) to (3) - (months) (before I Release) to Society - go home. Even so, that I tryed Exhaust on old Claim of Misconduct Recently, And on New Claims of Misconduct on staff 3 C/os. Some Claims to Exhausts, staff didnt give me Remedys (6) Clai Grounds/Argument: Even so I tryed to Exhaust Claims like I mention above. My Claims can also be (Excused of Exhaustion) (because it's to time consuming) to Exhaust Remedie due to this Covid-19 Pandemic, 3 Remedy denia it takes a month and half or 2 months between BP-8, 3 9 Jail level, it takes 3½ 4 months Regional level 3 another 3 to 4 month at the Central office to! Exhaustion, Even if I had the time remaining on my Sentence to Exhaust, which I dont my Release date is April 9-2021